COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TRINITY DRYWALL SYSTEMS, LLC, | § | No. 08-12-00041-CV |
| Appellant, | § | Appeal from the |
| v. | § | 67th District Court |
|  | § | of Tarrant County, Texas |
| TOKA GENERAL CONTRACTORS, LTD AND VINEYARD VILLAGE, MSV, LLC., | § | (TC# 67-240386-09) |
| Appellees. | § |  |

## MEMORANDUM   OPINION

Pursuant to TEX.R.APP.P. 42.1, Appellee, Toka General Contractors, Ltd., has moved to dismiss its cross-appeal against Appellant, Trinity Drywall Systems, LLC.   Appellant does not oppose Appellee's motion.   Concluding that dismissing Appellee's cross-appeal against Appellant will not prejudice Appellant, we grant the motion and dismiss the cross-appeal.   *See* TEX.R.APP.P. 42.1(b)(the court may dispose of a severable portion of the proceeding if disposal will not prejudice the remaining parties).   Because there is no agreement between the parties as to costs and Appellee is seeking relief in its role as Cross-Appellant, we assess costs against Appellee.   *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

May 16, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ